UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Civil Action

No: 1:26-cv-11037-NMG

Petitioner

Gustavo Adolfo Valladares Nava

v.

Respondent

Antone Moniz et al

Order of Dismissal

GORTON, D.J.

It is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Nicole Cowan

Docket Clerk

June 9, 2026